| | |
|---|---|
| 1 | BRIAN L. JOHNSRUD, State Bar No. 184474 |
| | STEPHEN YANG, State Bar No. 142474 |
| 2 | CURLEY, HURTGEN & JOHNSRUD LLP |
| | 4400 Bohannon Drive, Suite 230 |
| 3 | Menlo Park, CA 94025 |
| | Telephone: 650.600.5300 |
| 4 | Facsimile: 650.323.1002 |
| | E-mail: bjohnsrud@chjllp.com |
| 5 | syang@chjllp.com |
| 6 | Attorneys for Defendant |
| | U.S. BANK NATIONAL ASSOCIATION |
| 7 | |
| 8 | GAURAV BOBBY KALRA, ESQ. |
| | ATTORNEY AT LAW |
| 9 | 1024 Iron Point Road, Suite 100 |
| | Folsom, CA 95630 |
| 10 | Telephone: 650.785.2572 |
| | Facsimile: 650.618.1965 |
| 11 | Email: gbklaw@icloud.com |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN ADAM, | Case No. 2:18−CV−02039−WBS−DB |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41, AND [~~PROPOSED~~] ORDER** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff, ELIZABETH ANN ADAM, through her attorney of record, Gaurav Bobby Kalra, Esq., and defendant U.S. BANK NATIONAL ASSOCIATION, by and through its attorney of record, Brian Johnsrud, Esq., that this action be dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 24, 2019     GAURAV BOBBY KALRA, ESQ.

By  /s/ Gaurav Bobby Kalra
GAURAV BOBBY KALRA
ATTORNEY FOR PLAINTIFF
ELIZABETH ANN ADAM

Dated: January 24, 2019     CURLEY, HURTGEN & JOHNSRUD LLP

By  /s/ Brian L. Johnsrud
BRIAN L. JOHNSRUD
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

### **SIGNATURE CERTIFICATION**

I, Brian Johnsrud, certify that the content of this document is acceptable to me and that my office has obtained counsel for Elizabeth Ann Adam, Gaurav Bobby Kalra's, authorization to affix his electronic signature to this document.

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 24, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE